IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

RODGER ERIC WHITE,

          Plaintiff,

v.                                        CIVIL ACTION NO. 2:20-cv-00609

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

          Defendant.

**ORDER**

This action was referred to United States Magistrate Judge Dwayne L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636(b)(1)(B). On June 21, 2021, Magistrate Judge Tinsley submitted his Proposed Findings & Recommendations [ECF No. 14] ("PF&R") and, finding that good cause exists, recommended that the court grant the Defendant's motion to remand this matter to the Social Security Administration for further proceedings. Neither party timely filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge

as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **GRANTS** the Defendant's motion [ECF No. 13] and **REMANDS** this case to the Social Security Administration for further proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 21, 2021

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE